EDWARD A. MESICK, JR., an Infant, by EDWARD A. MESICK, His Guardian ad Litem, et al., Respondents, *v.* IRWIN S. POLK et al., Doing Business under the Name of POLK'S MODEL CRAFT HOBBIES, Appellants, et al., Defendants.

Argued September 30, 1946; decided October 18, 1946.

*J. Leonard Stoll* and *Monroe J. Winsten* for appellants.
*William A. Michel* for respondents.

Order reversed and complaint dismissed, with costs in all courts, and question certified answered in the negative, on the ground that there was no duty upon a mere vendor to warn the ultimate purchaser against exposure of the capsule to heat. No opinion.

Concur: DESMOND, THACHER, DYE and FULD, JJ. Dissenting: LOUGHRAN, Ch. J., LEWIS and CONWAY, JJ.